AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Dolores Rodriquez LaFlamme

APPEARANCE

CASE NUMBER: 1:07-M-112M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dolores Rodriques LeFlamme

I certify that I am admitted to practice in this court.

11/14/07
*Date*

Rick Corley
*Signature*

Richard K. Corley 7965
*Print Name* *Bar Number*

127 Dorrance St. 2d Fl.
*Address*

Providence RI 02903
*City* *State* *Zip Code*

861-2100 861-2139
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.