AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Dolores Rodriguez LaFlamme

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:07-MJ-12M

I, Dolores Rodriquez LaFlamme, charged in a (complaint) (petition) pending in this District with producing identification documents and transferring w/o authority a false identification document in violation of Title 18, U.S.C., 1028 (a)(1) and (a)(2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Dolores Rodriguez LaFlamme
Defendant

11/20/07
Date

Richard K Corley
Counsel for Defendant