IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Criminal No. 1:07-M-112M
:
DOLORES LAFLAMME :

ORDER

The United States of America and the defendant have requested an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days. Pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), the parties submit that given the nature of the case, additional time is necessary to ensure adequate preparation for pretrial proceedings or for the trial itself. The defendant is aware that she has the right to have the matter submitted to a grand jury for indictment within thirty (30) days of her arrest on the complaint pursuant to Title 18 of the United States Code, Section 3161(b), and knowing her right to indictment within 30 days, the defendant has waived that right by her counsel's consent to his Order.

Thus, it is the finding of this Court that this action should be continued for a period of sixty (60) days for the following reasons:

1. The United States and the defendant desire additional time to investigate the charges and determine if a trial is necessary to resolve the matter.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in

a speedy trial.

On this 20th day of November, 2007, it is ORDERED that the proceedings scheduled in the above-captioned matter are continued from November 20, 2007 through January 20, 2008; and

IT IS FURTHER ORDERED that the period from November 20, 2007 through January 20, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge

Consented to:

RICHARD K. CORLEY
Counsel for Dolores LaFlamme

SANDRA R. BECKNER
Assistant U.S. Attorney