IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Criminal No. 1:07-M-112M
:
DOLORES LAFLAMME :

ORDER

The United States of America and the defendant have requested an order granting a continuance of the proceedings in the above-captioned matter for a period of 30 days. Pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), the parties submit that given the nature of the case, additional time is necessary to ensure adequate preparation for pretrial proceedings or for the trial itself. The defendant is aware that she has the right to have the matter submitted to a grand jury for indictment within 30 days of her arrest on the complaint pursuant to 18 U.S.C. § 3161(b), and knowing her right to indictment within 30 days, the defendant has waived that right by her counsel's consent to the first two orders of continuance and this third order granting a continuance.

Thus, it is the finding of this Court that this action should be continued for a period of 30 days for the following reasons:

1. The United States and the defendant desire additional time to investigate the charges and determine if a trial is necessary to resolve the matter.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to 18 U.S.C. § 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

On this 17th day of MARCH, 2008, it is ORDERED that the proceedings scheduled in the above-captioned matter are continued from March 20, 2008 through April 19, 2008; and

IT IS FURTHER ORDERED that the period from March 20, 2008 through April 19, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

David L Martin
DAVID L. MARTIN
United States Magistrate Judge

Consented to:

/s/ RICHARD K. CORLEY
RICHARD K. CORLEY
Counsel for Dolores LaFlamme
Corley Taveras, L.L.P.
127 Dorrance Street
2nd Floor
Providence, RI 02903
Tel: (401) 861-2100
Fax: (401) 861-2139
rkcorley@ctpllp.com

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5000
Fax: (401) 709-5001
sandra.beckner@usdoj.gov