**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**Case No.: 1:07-M-112M**

**VS.**

**DOLORES RODRIGUEZ-LAFLAMME**

## DEFENSE COUNSEL'S MOTION TO WITHDRAW

Defense Counsel, Richard K. Corley, is asking the Court for leave to withdraw as Counsel for Defendant, Dolores Rodriguez-LaFlamme, based on a total breakdown in communication and Defendant's failure to substantially fulfill an obligation to Defense Counsel regarding his services. Defense Counsel has met with the Defendant, Dolores Rodriguez-LaFlamme, approximately six to eight times concerning the charges that have been lodged against her and a possible resolution of the charges. On Sunday, April 20th, 2008, at the Wyatt Detention Center the Defendant asked Defense Counsel, Richard K. Corley, to withdraw as her attorney. She stated that she did not believe that he was acting in her best interests. There has been a total breakdown in communication between the client and the attorney. Defense Counsel does not believe he can effectively represent the client due to the fact that client has stated directly to Defense Counsel that she does not trust him and does not believe he is telling her the truth. Furthermore, Defendant has failed to substantially fulfill an obligation to Defense Counsel regarding his services. Accordingly, Defense Counsel is moving to withdraw. Defense Counsel is requesting this Court to have the Pre Trial services unit of the Federal District Court interview the Defendant to determine if she is capable of hiring an attorney or if she is indigent and eligible to have an attorney appointed to represent her. Defense Counsel further states

that the case is at the Complaint stage and has not gone to the grand jury yet. Given the status of the case, a change in counsel will not prejudice the Defendant.

WHEREFORE, Richard K. Corley respectfully requests that this Court grant his Motion to Withdraw and new counsel be appointed to represent Defendant Dolores Rodriguez – LaFlamme.

Respectfully Submitted,

_/s/______________________________

Richard K. Corley, Esq. (#2965)
CORLEY TAVERAS, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 FAX
rkcorley@ctpllp.com

**CERTIFICATION**

I hereby certify that on this 23rd day of April 2008, I caused to be served a true copy of the defendant's notice of appeal via electronic mail to:

Sandra R. Beckner
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903