ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

DEFENDANT DOLORES RODRIGUEZ LAFLAMME

**COUNT I**: 18 U.S.C. § 1028(f) - Conspiracy to produce and transfer identification documents produced without lawful authority.
**PENALTIES**: 15 years imprisonment; 3 years supervised release; $250,000 fine; $100 mandatory special assessment.

**COUNTS II, III, IV, V, VI, and VII**: 18 U.S.C. §§ 1028(a)(1) and (b)(1)(A)(ii) - Knowingly and without lawful authority produce an identification document, a driver's license, the production of which was in and affecting interstate and foreign commerce, and which was transported in the mail.
**PENALTIES FOR EACH COUNT**: 15 years imprisonment; 3 years supervised release; $250,000 fine; $100 mandatory special assessment.

**COUNTS VIII, IX, X, XI, and XII**: 18 U.S.C. § 1028A(a)(1) - Knowingly, produce, transfer, and use without lawful authority, a means of identification of another person, to wit, the name, social security number and date of birth, during and in relation to the conspiracy to commit identify fraud.
**PENALTIES FOR EACH COUNT**: 2 years imprisonment; 1 year supervised release; $250,000 fine; $100 mandatory special assessment.