AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

United States of America — DISTRICT OF — RHODE ISLAND

**APPEARANCE**

Delores Rodriguez LaFlame

Case Number: CR 08 45 ML.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Delores Rodriguez LaFlame

I certify that I am admitted to practice in this court. Delores Rodriguez. LaFlame.

5/15/2008
Date

[signature] P.C.
Signature

Arthur R. Chatfield III — 3278
Print Name — Bar Number

236 Broadway
~~10 WEYBOSSET STREET~~
Address

Providence RI
~~PROVIDENCE RI 02903~~
City State Zip Code

274-2424 — 273-1449
~~(401) 528-4281~~ ~~(401) 528-4285~~
Phone Number — Fax Number